# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

THE CITADEL ELIZABETH CITY

*Plaintiff* )
v. ) Civil Action No. 1:23-cv-194
)
UNITED STATES SMALL BUSINESS )
ADMINISTRATION, et al. )
)
)
)
*Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
The United States of America
c/o United States Attorney General
Assistant Attorney General for Administration
950 Pennsylvania Avenue, NW
Washington, DC 20530

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Kirk G. Warner
SMITH, ANDERSON, BLOUNT, DORSETT
MITCHELL & JERNIGAN, L.L.P.
Post Office Box 2611
Raleigh, North Carolina 27602-2611

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



*[signature]*
Katherine Hord Simon, Clerk
United States District Court

Date 8/2/2023

**Civil Action No.** 1:23-cv-194

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)* _____
**was received by me on** *(date)* _____.

❏     **I personally served the summons on the defendant at** *(place)* _____
**on** *(date)* _____; or

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)* _____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❏     **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❏     **I returned the summons unexecuted because** _____; or

❏     **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $** _____.

**I declare under penalty of perjury that this information is true.**

**Date:** _____     _____
                                                                            **Server's signature**

                                                                            _____
                                                                            **Printed name and title**

                                                                            _____
                                                                            **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

THE CITADEL ELIZABETH CITY

| | |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:23-cv-194 |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, et al. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
The United States of America
c/o United States Attorney for the Western District of North Carolina
227 West Trade St., Suite 1650
Charlotte, NC 28202

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Kirk G. Warner
SMITH, ANDERSON, BLOUNT, DORSETT
MITCHELL & JERNIGAN, L.L.P.
Post Office Box 2611
Raleigh, North Carolina 27602-2611

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



_Katherine d. [signature]_
Katherine Hord Simon, Clerk
United States District Court

Date: 8/2/2023

**Civil Action No.** 1:23-cv-194

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

    **This summon for** *(name of individual and title, if any)*
_____
**was received by me on** *(date)* _____.

❏     **I personally served the summons on the defendant at** *(place)*_____
**on** *(date)* _____; or

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)* _____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❏     **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❏     **I returned the summons unexecuted because** _____; or

❏     **Other** *(specify)***:**
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____      _____
                                                                            **Server's signature**

                                                           _____
                                                                      **Printed name and title**

                                                           _____
                                                                       **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

THE CITADEL ELIZABETH CITY

      *Plaintiff*    )
      v.    )    Civil Action No. 1:23-cv-194
      )
UNITED STATES SMALL BUSINESS    )
ADMINISTRATION, et al.    )
      )
      )
      *Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Isabella Casillas Guzman, in her official capacity as Administrator of the Small Business Administration
409 3rd Street, SW
Washington, DC 20416

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Kirk G. Warner
SMITH, ANDERSON, BLOUNT, DORSETT
MITCHELL & JERNIGAN, L.L.P.
Post Office Box 2611
Raleigh, North Carolina 27602-2611

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



*[Signature]*
Katherine Hord Simon, Clerk
United States District Court

Date: 8/2/2023

**Civil Action No.**  1:23-cv-194

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____
was received by me on *(date)* _____.

❏   **I personally served the summons on the defendant at**
    *(place)*_____
    on *(date)* _____; or

❏   **I left the summons at the individual's residence or usual place of abode with** *(name)*
    _____, a person of suitable age and discretion who
    resides there, on *(date)* _____, and mailed a copy to the individual's last
    known address; or

❏   **I served the summons on** *(name of individual)* _____,
    who is designated by law to accept service of process on behalf of *(name of organization)*
    _____ on *(date)* _____; or

❏   **I returned the summons unexecuted because** _____; or

❏   **Other** *(specify)***:**
    _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of
$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____        _____
                                                        **Server's signature**

                                         _____
                                                       **Printed name and title**

                                         _____
                                                         **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

THE CITADEL ELIZABETH CITY

*Plaintiff*  )
v.  )  **Civil Action No.** 1:23-cv-194
)
UNITED STATES SMALL BUSINESS ADMINISTRATION, et al.  )
)
)
)
*Defendant*  )

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
UNITED STATES SMALL BUSINESS ADMINISTRATION
409 3rd Street, SW
Washington, DC 20416

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kirk G. Warner
SMITH, ANDERSON, BLOUNT, DORSETT
MITCHELL & JERNIGAN, L.L.P.
Post Office Box 2611
Raleigh, North Carolina 27602-2611

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*signature of Katherine L. Simon*

Katherine Hord Simon, Clerk
United States District Court

Date 8/2/2023

**Civil Action No.** 1:23-cv-194

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)* _____

**was received by me on** *(date)* _____.

❏ **I personally served the summons on the defendant at** *(place)*_____
on *(date)* _____; or

❏ **I left the summons at the individual's residence or usual place of abode with** *(name)* _____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❏ **I served the summons on** *(name of individual)* _____, **who is designated by law to accept service of process on behalf of** *(name of organization)* _____ **on** *(date)* _____; or

❏ **I returned the summons unexecuted because** _____; or

❏ **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____        _____
                                           **Server's signature**

                                           _____
                                           **Printed name and title**

                                           _____
                                           **Server's address**

**Additional information regarding attempted service, etc:**

UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

THE CITADEL ELIZABETH CITY

| | |
|---|---|
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:23-cv-194 |
| ) | |
| UNITED STATES SMALL BUSINESS ) | |
| ADMINISTRATION, et al. ) | |
| ) | |
| ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
Janet Yellen, in her official capacity as United States Secretary of Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Kirk G. Warner
SMITH, ANDERSON, BLOUNT, DORSETT
MITCHELL & JERNIGAN, L.L.P.
Post Office Box 2611
Raleigh, North Carolina 27602-2611

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Katherine Hord Simon, Clerk
United States District Court

Date 8/2/2023

**Civil Action No.** 1:23-cv-194

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)* _____

**was received by me on** *(date)* _____.

❏    **I personally served the summons on the defendant at** *(place)*_____
      **on** *(date)* _____; **or**

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)* _____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❏    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)* _____ **on** *(date)* _____; **or**

❏    **I returned the summons unexecuted because** _____; **or**

❏    **Other** *(specify)***:**
     _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____           _____
                                                          **Server's signature**

                                                          _____
                                                          **Printed name and title**

                                                          _____
                                                           **Server's address**

**Additional information regarding attempted service, etc:**